**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| VFS LEASING CO., a Delaware business trust, | 3:11-cv-00046-HDM-RAM |
| Plaintiff, | |
| vs. | ORDER |
| IRON SPRING TRANSPORTATION, INC., a Nevada domestic corporation; BOWEN-GRESKO TRUCKING, INC., a Nevada domestic corporation; CHAD K. BOWEN, an individual; TAWNA MARIE BOWEN, an individual; STEPHEN DANIEL GRESKO, an individual, | |
| Defendants. | |

On October 13, 2011, plaintiff filed a motion for summary judgment as against defendant Stephen Daniel Gresko (#26). No response has been filed by defendant Gresko.

Under Local Rule 7-2(d), the "failure of an opposing party to

1

file points and authorities in response to any motion shall constitute a consent to the granting of the motion." LR 7-2(d).

The court will extend the time for defendant Gresko to respond to 15 days from the date of this order. A copy of this order and a copy of plaintiff's motion for summary judgment (#26) shall be served by the Clerk of Court on defendant Gresko at 3190 Tortuga Court, Sparks, Nevada 89436.

**IT IS SO ORDERED.**

DATED: This 22nd day of November, 2011.

_____
UNITED STATES DISTRICT JUDGE

2