**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

|  |  |
|---|---|
| VFS LEASING CO., a Delaware business trust,<br><br>            Plaintiff,<br><br>vs.<br><br>IRON SPRINGS TRANSPORTATION, INC., a Nevada domestic corporation; BOWEN-GRESKO TRUCKING, INC., a Nevada domestic corporation; CHAD K. BOWEN, an individual; TAWNA MARIE BOWEN, an individual; STEPHEN DANIEL GRESKO, an individual,<br><br>            Defendants. | 3:11-cv-00046-HDM-WGC<br><br><br>ORDER |

On May 31, 2012, plaintiff VFS Leasing Co. voluntary dismissed defendants Iron Springs Transportation, Inc. and Bowen-Gresko Trucking, Inc. from this action (#33). Defendants Chad K. Bowen and Tawna Marie Bowen (collectively "the Bowens") filed an answer on March 24, 2011 (#16) and remain parties to this action.[1] While there has been a voluntary dismissal of the Bowens in bankruptcy, there has been no such dismissal of the Bowens from this action.

---

[1] The Bowens filed for bankruptcy on April 11, 2011. (#19). The Bowens' bankruptcy was discharged on May 23, 2012. (#33 ex. 1).

1

Accordingly, and good cause showing, the Bowens shall be dismissed from this action on June 21, 2012, unless an objection to the dismissal is filed.

**IT IS SO ORDERED.**

DATED: This 7th day of June, 2012.

_____
UNITED STATES DISTRICT JUDGE

2